THE CITY OF NEW YORK, Appellant and Respondent, *v.* BEE LINE, INC., Respondent and Appellant.

(Argued April 27, 1936; decided May 19, 1936.)

*Paul Windels, Corporation Counsel (Frederick vP. Byran, Elizabeth Rogers Horan* and *William S. Gaud, Jr.,* of counsel), for plaintiff, appellant and respondent.

*Charles H. Tuttle* and *John. Holley Clark, Jr.,* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.